# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:13CR149 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| ALEXANDER E. PETRZILKA-STRONG, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 63) which requests that the Court dismiss the Petition for Warrant or Summons for Offender under Supervision (Filing No. 51). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the petition against the above-named Defendant.

IT IS ORDERED that the government's Motion to Dismiss (Filing No. 63) is granted, the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 51) is dismissed, and the hearing scheduled for November 19, 2015, is cancelled.

DATED this 13th day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge